# EXHIBIT A

# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  NEW YORK
BRUSSELS  CLEVELAND  DAYTON  WASHINGTON, D.C.

November 12, 2009

**VIA FEDERAL EXPRESS**

Mr. Tom Salmon
Berry Plastics Corporation and Subsidiaries
Tapes and Coatings Division Headquarters
25 Forge Parkway
Franklin, MA 02038-3135

RE: U.S. Patent No. 7,476,416 / Intertape Polymer Group
PROCESS FOR PREPARING ADHESIVE USING PLANETARY EXTRUDER
Our Ref.: 411738-00001

Dear Mr. Salmon:

We represent Intertape Polymer Group. Our client is the owner of the following U.S. patent and published patent applications in the United States:

| Patent No./Reference | Inventor(s) |
|---|---|
| U.S. Patent No. 7,476,416 | John K. Tynan, Jr., et al. |
| U.S. 2007/0196572 | John K. Tynan, Jr., et al. |
| U.S. 2007/0173622 | John K. Tynan, Jr., et al. |
| U.S. 2008/0058483 | Mark D. Barbieri, et al. |
| U.S. 2009/0048407 | Mark D. Barbieri, et al. |

Our client recently read a press release dated September 30, 2009 in which Berry Plastics announced that it is making capital improvements, in the amount of $20 Million, to its facility in Franklin, Kentucky. Intertape is aware that Berry manufactures a number of tape products at its Franklin facility, including duct tape.

The purpose of this letter is to place Berry Plastics Corporation on notice of the foregoing patent and published applications so that Berry Plastics can take steps to avoid infringing them. Intertape will revisit this matter with Berry periodically in the future, particularly as Intertape's pending applications issue. Additionally, before Berry's new facilities begin commercial production, Intertape will need assurances that Berry's processes do not infringe. At that time, Intertape will also want to make arrangements for its counsel, and possibly an independent coating engineer, to visit the Franklin facility to verify that Intertape's patented technology is not being used.

Mark.Levy@ThompsonHine.com  Phone 937.443.6949  Fax 937.443.6637   sjb 593300.1

THOMPSON HINE LLP  2000 Courthouse Plaza, N.E.  www.ThompsonHine.com
ATTORNEYS AT LAW  P.O. Box 8801  Phone 937.443.6600
Dayton, Ohio 45401-8801  Fax 937.443.6635

# THOMPSON HINE

Mr. Tom Salmon
November 12, 2009
Page 2

We appreciate your cooperation in this regard. We can assure you that Intertape intends to vigorously enforce its rights in its current and future patents.

Very truly yours,

Mark P. Levy

cc:   John K. Tynan, Jr.