# EXHIBIT D

**THOMPSON HINE**

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

Stephen J. Butler
(513) 352-6587
Steve.Butler@ThompsonHine.com

March 4, 2010

Daniel P. Albers, Esq.
Barnes & Thornburg LLP
Suite 4400
One North Wacker Drive
Chicago, Illinois 60606-2833

Re:   Berry Plastics Corporation v. Intertape Polymer Corporation

Gentlemen:

We appreciate your cooperation in giving us time review the allegations of Berry Plastic's complaint with our client. Based on that review, we have concluded that your claims have no merit.

We have thoroughly investigated the what seems to be the linchpin of your case, which is the supposed interaction between representatives of Entex and Intertape Polymer Corporation at the Chicago trade show in June, 2003. We do not know the source of your beliefs about what happened at that show, but you have the facts wrong. Furthermore, the Entex document that you attached as an exhibit to the complaint does not teach the invention claimed in Intertape's '416 patent. We continue to believe strongly that our client's patent is both valid and enforceable. Our analysis is based in part on *Hess v. Advanced Cardiovascular Systems, Inc.*, 106 F.3d 976, as well as the heavy burden of proof that your client must meet to prevail.

Nevertheless, Intertape would be willing to resolve this matter by licensing Berry's production of duct tape under the '416 patent. If Berry is interested in a resolution of this nature, we would be happy to prepare a draft agreement for your review. If not, we will accept service on the complaint on behalf of our client.

Very truly yours,

Stephen J. Butler

SJB/SEB
#764781-v1

| THOMPSON HINE LLP | 312 Walnut Street | www.ThompsonHine.com |
| ATTORNEYS AT LAW | 14th Floor | Phone 513.352.6700 |
| | Cincinnati, Ohio 45202-4089 | Fax 513.241.4771 |