# EXHIBIT E

# Nap Spindle

ENTEX




ENTEX
Rubber – the tailor-made material
Compounding of Elastomer Masses in a Planetary Roller Extruder
on the occasion of the extrusion seminar held at the DIK in Hannover on 24.03.2003
by Dipl.-Ing. Harald Rust, ENTEX Rust & Mitschke GmbH, Bochum





Bochum, January 2003

## Rubber – The Tailor-Made Material
### Compounding of Elastomer Masses in a Planetary Roller Extruder

Ladies and Gentlemen,

I would like to thank you very much in the name of ENTEX for giving me the opportunity to present to you the construction and mode of action of the planetary roller extruder.

First of all I want to introduce the ENTEX company. ENTEX has been founded in 1986 and has today 88 employees. The name ENTEX stands for "ENTwicklung EXtrusion" = development extrusion. Right from the beginning, we at ENTEX identified ourselves with this name which is proved by more than 30 patents and patented designs.

Our main product is the planetary roller extruder. More than 40 years ago Mr. Wittrock of Messrs. Chemische Werke Hüls AG has invented the planetary roller extruder. Since that time this system is an integral part, especially regarding the compounding of PVC, which – as we all know - is a thermal sensitive material so that already here the characteristic of this system is demonstrated. There is no other system existing which allows not nearly such an excellent temperature control in the compounding process.

Besides the well-known types of plastics such as thermoplast (PVC, PP. PE, TPU), duroplast, powder coatings, which are at present processed by means of a planetary roller extruder, ENTEX has made a leap in an effective and economical method of compounding elastomer masses.

Elastomers are cross-linked (vulcanized) polymer materials, being glassy hard at very low temperature and showing a rubber-elastic behaviour at room temperature. At higher temperatures, as well, no viscous flow properties can be observed, so that today elastomers will be used in numerous fields of application.

Due to their special properties, as for example damping characteristics, media and ageing resistance as well as their thermal stability, elastomers are used more and more as insulating material, insulations, adhesives and much more in the automotive industry, by cable makers and in many other industrial ranges.

In the past caoutchouc masses were produced almost exclusively on discontinuously operating internal mixers. The course of the charge drive made and makes – even at most complex process control – large fluctuations in the quality of the material unavoidable.

The small cooling area and the relatively large volume of the chamber of the internal mixer only allow a slight effect on the temperature control, which results in a relatively long mixing period or alternately formulating compromises are made in this area.





This disadvantage regarding the temperature control and formulation does not exist in the case of the planetary roller extruder.

Moreover, the discontinuous mixing process incurs high energy and economic costs and must be regarded, due to the system, as requiring intensive time and capital. In order to achieve a better process with regard to a continuously good quality in mixing it is better to use a planetary roller extruder in view of process technique and economy.

But at first some words concerning the construction of the planetary roller extruder:

The planetary roller extruder is a mixing heat exchanger with dynamic discharging effect. The planetary roller part is the constructive and dominating zone with regard to the process technique. The planetary roller part is constructed similar to a planetary gear (Fig. 1). The drive is carried out via the central spindle which, in turn, distributes the torque to the planets. These roll off in the 45° helical toothed cylinder.




**Fig. 1: Sectional drawing of a cylinder assembly**

Due to the helical gearing of the planetary system a continuous rolling out of the material is built up at simultaneous discharge in direction outlet of the roller part. This guarantees the best self-cleaning effect of all compounding extruders. When using an open stop ring practically the whole material – except few material residues - will be rolled out of the roller part so that e.g. very economic changes in colour resp. formulations can be achieved.





Construction sizes:

The size of the extruder (Fig. 2) is destined by the diametrical pitch of the toothed liner.

ENTEX fabricates planetary roller extruders from 50 mm – TP-WE 50 – up to 500 mm – TP-WE 500 – with a spindle equipment of 6 – 24 spindles.



**Fig. 2: Model of a WE 400**

Characteristics:

Due to the extremely thin wall thickness (Fig. 3) of the cylinder assembly and the central spindle an excellent controlling of the temperatures of the contact surface area is given. By the introduction of the pressure water heating and an improved construction of the cooling channels which allow a product-near temperature control thus influencing decisively the heat transmission, this system has found an increasing acceptance.




**Fig. 3: Roller model with "old" and "new" thermodynamic**

There is no other compounding system existing which allows not nearly such an excellent temperature control in the compounding process.

It will be more simple to explain this in comparison with other systems, co-kneader or twin screw (Fig. 5).

**Fig. 4 :**

The contact surface area exchanges in comparable short time is in the case of the planetary roller extruder approx. 5 times larger than in the case of the systems we have compared.



When you have a look at the co-kneader and the twin screw you will recognize that these systems are systems of internal friction and that for the plasticizing they have to be filled.




**Fig. 5: Comparison of different compounding systems**







The essential advantage of the planetary system is a perpetual rolling-out of the material to thin layers. We know that the materials to be processed, e.g. ABS, PVC, TPU or elastomers, are bad heat conductors so that an exact temperature control, also at different construction sizes, will only be possible when the portioned material is rolled-out between the blanks and the individual planets.

To give you an impression of the contact surface area of a planetary roller extruder we will look at the standard size of an extruder for calender feeding, i.e. TP-WE 250/2000-M2 (Fig. 6). On one rotation of the central spindle this extruder contacts an area of more than 12 $m^2$,




**Fig. 6: Planetary roller extruder TP-WE 250/2000-M2**

i.e. at 50 r.p.m. an area of 600 $m^2$. This corresponds nearly to twice the size of a tennis court (Fig. 8).




**Fig. 7: Contact surface area exchange of different construction sizes**



**Fig. 8: Contact surface area of a TP-WE 250/2000-M2 at 50 r.p.m.**




**Fig. 9: Energy balance of different compounding systems in comparison**

Fig. 9 shows the energy balance of different compounding systems. You will see that the planetary roller extruder – at less drive power – offers due to its surface an essentially larger heat exchange than the two other systems. The bottom part shows the supplied motor energy, the upper part the heating capacity to be possibly supplied. the outside part represents the radiation energy released by the machine surface.

Moreover, due to the modular construction, the temperature profile and thus the melt temperature can be controlled in a wide range, more details will follow later.





Until now, the compounding in the caoutchouc industry takes place – contrary to the planetary roller extruder – by batch-wise discontinuous mixing in the internal mixer (Fig. 10), if necessary in several mixing stages.




**Fig. 10: Drawing of a standard internal mixer**

„The mixing in a planetary roller extruder, however, is a continuous one step process".



Tangential GK-N-rotor geometries



Intermeshing GK-E- rotor geometries



**Fig. 11: Function modes in the internal mixer**

The gelation process in the internal mixer is executed in a closed chamber (Fig. 11) in which two opposed rotors, equipped with kneading elements, are running.

The real plasticizing parts are the kneading blades (Fig. 12). Here you have to make a distinction between two different arrangements: the tangential (left) and the intermeshing (right) rotors.




**Fig. 12: Different kneading geometries of the kneading blades**

For heating and cooling purposes respectively the chamber is a double-walled execution. The rotors are cooled as well. The feed opening normally is operated by means of a cooled, pressure air operated punch and the outlet opening is closed by means of a cooled drop door.

In the case of the conventional tangential rotors the outer rotor diameter corresponds approx. to the distance of the axles which means that the blades are not intermeshing and therefore can be operated with different speed (= friction).

In the case of intermeshing rotors both kneading blades must run with the same speed. By this principle the material will be in fact (due to the higher supplied shear energy) quicker plasticized, unfortunately, however, the thermal charge will be higher. Remedy can be achieved by lowering of the filling grade by which, however, the throughput is decreased as well.

This makes clear the great difference between the discontinuous processing on an internal mixer and the continuous processing in a planetary roller extruder.

The planetary roller extruder of the construction size 250 (TP-WE 250) has per each cylinder assembly a max. filling volume of 9,5 l (at full planet equipment) with a heating/cooling area of more than 20.000 $cm^2$. From one litre material results therefore a static contact surface area of 2.100 $cm^2$, a value to which no internal mixer will come up. A comparable internal mixer reaches – depending on the filling level – 1/10 up to 1/8 of this value. We have already got to know which dimensions the contact surface area of the planetary roller extruder can achieve during operation (Fig. 8 – tennis court).

Moreover you will see that the wall thickness (Fig. 13) between heating-cooling medium and material to be processed is essentially thinner and therefore more economical in the case of a planetary roller extruder. But there is no other possibility as the internal mixer requires – due to its high power for the kneading process - of course a strength which such a thin wall thickness does not allow.





**Fig. 13: Cooling of the kneading blades of an internal mixer**

Also with regard to the power it becomes clear that the planetary roller extruder needs a clearly smaller amount of energy required, the already above mentioned TP-WE 250 requires "only" a 350 kW drive. The variations of different specific drives, e.g. 0,05 – 0,3 kW/kg for elastomers at a constant outlet enthalpy (losses in temperature) of the material, can only be realized with a planetary roller extruder.

Moreover, the required mechanical energy is brought in into the material in a controlled way and damages caused by overheating are not possible as – due to the function mode of the planetary roller extruder – this will we withdrawn from the material immediately.

**1st Step – The Raw Materials**

A further essential difference between internal mixer and the planetary roller extruder is the feeding.

The caoutchouc balls used in the internal mixer are still today weighed out manually and all further ingredients are adapted accordingly. The possible sources of error in this procedure might be known.

In the planetary roller extruder exclusively caoutchouc pellets (Fig. 14) are used. This is necessary in order to guarantee an optimal feeding of the aggregate and to make a constant feeding possible in general.





**Fig. 14: Pellets of comminuted caoutchouc balls for continuous feeding of the extruder**

The essential difference to the internal mixer is that the planetary roller extruder can be fed only with pellets. Therefore, the caoutchouc balls must be comminuted and pelletized at first.

In both cases the pelletized raw materials can be stored in silos or tanks and can be supplied to the compounding machines via pneumatic conveyor equipment or optionally in barrels or bags.

**2nd Step - Weighing**

In the case of the internal mixer the weighing of the formulation components is done automatically, normally, however, manually.

the feeding of the planetary roller extruder takes place by means of the continuous dosing with gravimetric dosing units. By means of the gravimetric dosing a computer controlled material feeding is possible. This means that also during running production process optimizing can occur, errors in dosing can be avoided and therefore a constant high material quality can be maintained.

**3rd Step – Mixing Process**

As explained already above, in the case of the internal mixer the mixing process is a discontinuous process consisting of feeding – mixing – emptying and, should the occasion arise, the mixing takes place even in several mixing stages.

In the case of the planetary roller extruder the mixing process is a continuous, single stage process.

**4th Step – After-Treatment**

After the mixing in the internal mixer, further treatment is carried out in the rolling mill. The mixture is rolled out as a sheet, which is then cooled and coated with parting agents. Then the sheet is dried and laid down before it is supplied to a calender or extruder for further processing.

When using a planetary roller extruder you can give up these intermediate steps. The compounded material will be e.g. further processed directly by means of a gear pump or via a flat film die.

The following table (table 1) presents an economical comparison of internal mixer and planetary roller extruder with regard to manpower requirement, investment requirement and quality.

**Internal Mixer in Comparison with Planetary Roller Extruder**

| | | state-of-the-art **internal mixer** | state-of-the-art **planetary roller extruder** | |
|---|---|---|---|---|
| **manpower required** | pelletizing | - | 1 | |
| persons (estimated) | weighing | 1 | - | |
| | mixing | 1 | 1 | comparable aggregates with a throughput of approx. 1.200 kg/h |
| | after-treatment | 1 | - | |
| **investment required** | pelletizing | - | X | |
| X 500.000€ each (estimated) | weighing | X | XX | |
| | mixing | XX | X | |
| | after-treatment | XX | X | |
| **quality** | formulation change | ++ | ++ | **table 1: comparison of investment in first reconciliation as per customers' information** |
| | self-cleaning | - | ++ | |
| | dosing | ++ | ++ | |
| | mixture quality | ++ | +++ | |

The above comparison can only present an approximate order of magnitude. A specific cost accounting can, of course, only be made by the user himself, after a customer-specific concept of a production line has been developed. On principle we are convinced – also due to the resonance of our customers – that not only the cost situation says something for the planetary roller extruder but above all the continuous high quality of the compounded material. We would be pleased to demonstrate you in our Technical Centre the qualities which can be achieved with your material.

In the following exemplary process diagram (Fig. 15) a planetary roller extruder for example can be fed with up to seven solid components (e.g. caoutchouc, resins, additives etc.) simultaneously, parallel and in every requested dosing. Furthermore, this is also still possible for two liquid components (e.g. softener). Thus, at the touch of a button, the formulation can be changed at any time or the throughput can be adapted – without down-times, without conversion works and thus without set-up costs.



**Fig. 15: Schematic concept of a production line for the continuous compounding of elastomers**

Development:

Now I want to familiarize you with some steps of development of the planetary roller extruder during the past years.

A pioneering progress has been the production of the heatable cylinder by means of the spark erosion process.





Fig. 16a: Spark erosion machine



Fig. 16b: Inside view with roller cylinder

The pictures (Fig. 16a-d) show the function and mode of action of the spark erosion technology. By this technology an electrode consisting of graphite is produced on an involute milling machine. Then this will be eroded, practically 1 : 1, in a hardened steel cylinder. The erosion process guarantees an optimal development of the involute with all necessary profile displacements, i.e. every clearance modifies inevitably the involute curve.



Fig. 16c: Electrode at diving



Fig. 16d: Electrode and electro-carbon machined cylinder assembly

The advantage of this erosion process is that you can practically erode in very steel, notwithstanding the hardness.

The electro-carbon machining – invented by ENTEX - makes it possible to produce liners of a length of 1.500 mm in one piece. No other process offers this possibility. Due to the tool conditions and the necessary forces, such a length without warpage will be possible neither by whirling, nor by grinding, nor by drawing.

Today the grinding is restricted to approx. 500 mm, so that the liners should be coupled or welded respectively.

In case liners must be coupled or welded you have to calculate with a heat warpage. In order to avoid this heat warpage, wall thicknesses which are possible with the erosion technique, cannot be achieved. Therefore, you will not get the heat transfer possibilities for these extruders as per the whirling or grinding process, which you can achieve with an eroded roller part. This means a reduction of the process window.

The erosion technique has been a milestone in the development of the planetary system and the outcome was to fabricate the planetary roller extruder in modular construction.




**Fig. 17: Presentation of the "modular construction" of the planetary roller extruder**

At this kind of construction several cylinder assemblies (modules) are flanged to each other (Fig. 17). Whereas the central spindle is covering the whole processing length, every module can be equipped with a different number of planetary spindles. The single cylinder sections are connected to each other via intermediate stop rings. The planetary spindles are running against these stop rings.

By means of the equipment of the planetary spindles and the variation of the stop ring diameter the dwell time of the melt and the pressure build-up can be varied.








**Fig. 18 Dependence of the pressure build-up of the planetary roller extruder on the number of planetary spindles**

Fig. 18 shows the dependence of the specific power, melt temperature and melt pressure on the number of planetary spindles. It becomes clear that with for example 7 planetary spindles the pressure build-up in front of the intermediate stop ring is essentially higher.




**Fig. 19 shows the process effect of stop ring diameter and number of planetary spindles**

The new modular system allows the variation of the process length and thus a gentle compounding of materials which are difficult to disperse or homogenize, as for example recycled materials, adhesives, caoutchoucs, etc.

The difference in quality between the known extruders and the planetary roller extruders in modular construction is more than grave.







**Fig. 20: Variations of planetary spindles, special design**

We see further developments in Fig. 20 and Fig. 21. On the one hand the (for special applications) varied tooth geometry of the planetary spindles becomes visible, on the other hand the construction of the separable dispersion ring is perceptible. This is used mainly when processing liquids and very low viscous materials.






**Fig. 21: Central spindle (left) and separated dispersion ring (right)**

Glimpsing ahead with regard to the possibilities of the roller mixer system I want to present you some types of extruder (Fig. 22 – 25):



**Fig. 22: Reaction roller mixer with 4 modules**



**Fig. 23: Planetary roller extruder, vertical construction**

These are used in the: chemical reaction technology, compounding of adhesive masses and aircraft industry and made us to one of the leading producers within a few years.



**Fig. 24: Chemical roller mixer C-WM 400/3000-M3**



**Fig. 25: Planetary roller extruder TP-WE 250 with twin stuffing device**

In future, the demand for high efficient compounding extruders like the planetary roller extruder will increase due to new developed formulations.




**Rust & Mitschke GmbH**
Heinrichstr. 67
44805 Bochum
Tel.: +49 (0)234 – 891 22-0
Fax: +49 (0)234 – 891 22-99
e-mail: Sales@Entex-Bochum.de
www.Entex-Bochum.de

