# EXHIBIT F

PTO/SB/16 (08-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label N: **EV300870858US**

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| John Kinch | Tynan, Jr. | Port Huron, Michigan |
| Richard Walter | St. Coeur | Marysville, Michigan |

Additional inventors are being named on the ___1___ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max)
PROCESS FOR PREPARING ADHESIVE USING PLANETARY EXTRUDER

Direct all correspondence to: **CORRESPONDENCE ADDRESS**

[✓] Customer Number: 27805

OR

[ ] Firm or Individual Name: Thompson Hine, LLP

| Address | 2000 Courthouse Plaza N.E. | | | | |
|---|---|---|---|---|---|
| Address | 10 West Second Street | | | | |
| City | Dayton | State | OH | Zip | 45402-1758 |
| Country | USA | Telephone | 937-443-6600 | Fax | 937-443-6635 |

### ENCLOSED APPLICATION PARTS (check all that apply)

[✓] Specification Number of Pages _7_            [ ] CD(s), Number _____
[✓] Drawing(s) Number of Sheets _1_              [ ] Other (specify) _____
[ ] Application Date Sheet. See 37 CFR 1.76

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

[ ] Applicant claims small entity status. See 37 CFR 1.27.

FILING FEE Amount ($)

[✓] A check or money order is enclosed to cover the filing fees.

[✓] The Director is herby authorized to charge filing fees or credit any overpayment to Deposit Account Number: _20-0809_

160.00

[ ] Payment by credit card. Form PTO-2038 is attached.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[✓] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

[Page 1 of 2]

Respectfully submitted,
SIGNATURE _____
TYPED or PRINTED NAME  Mark P. Levy
TELEPHONE (937)443-6949

Date _11-24-03_
REGISTRATION NO. _27,922_
(if appropriate)
Docket Number: _411738-021-P_

### USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT
This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Provisional Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*PROVISIONAL APPLICATION COVER SHEET*
*Additional Page*

PTO/SB/16 (08-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Docket Number | 411738-021-P |
|---|---|

| INVENTOR(S)/APPLICANT(S) |||
|---|---|---|
| Given Name (first and middle [if any]) | Family or Surname | Residence (City and either State or Foreign Country) |
| David Michael | Kovach | Marysville, Michigan |
| Thomas | Lombardo | Florida |

[Page 2 of 2]

Number ___2___ of ___2___

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

PTO/SB/17 (08-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL for FY 2003

Effective 01/01/2003. Patent fees are subject to annual revision.

[ ] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 160.00

**Complete if Known**

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | John Kinch Tynan, Jr. et al. |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | 411738-021-P |

## METHOD OF PAYMENT (check all that apply)

[✓] Check  [ ] Credit card  [ ] Money Order  [ ] Other  [ ] None

[✓] Deposit Account:
- Deposit Account Number: 20-0809
- Deposit Account Name: Thompson Hine LLP

The Director is authorized to: (check all that apply)
[ ] Charge fee(s) indicated below   [✓] Credit any overpayments
[✓] Charge any additional fee(s) during the pendency of this application
[ ] Charge fee(s) indicated below, **except for the filing fee** to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 1001 | 750 | 2001 | 375 | Utility filing fee | |
| 1002 | 330 | 2002 | 165 | Design filing fee | |
| 1003 | 520 | 2003 | 260 | Plant filing fee | |
| 1004 | 750 | 2004 | 375 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | 160.00 |

**SUBTOTAL (1)** ($) 160.00

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | | -20** = | X | = |
| Independent Claims | | -3** = | X | = |
| Multiple Dependent | | | | = |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 | |
| 1201 | 84 | 2201 | 42 | Independent claims in excess of 3 | |
| 1203 | 280 | 2203 | 140 | Multiple dependent claim, if not paid | |
| 1204 | 84 | 2204 | 42 | ** Reissue independent claims over original patent | |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent | |

**SUBTOTAL (2)** ($)

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for *ex parte* reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 410 | 2252 | 205 | Extension for reply within second month | |
| 1253 | 930 | 2253 | 465 | Extension for reply within third month | |
| 1254 | 1,450 | 2254 | 725 | Extension for reply within fourth month | |
| 1255 | 1,970 | 2255 | 985 | Extension for reply within fifth month | |
| 1401 | 320 | 2401 | 160 | Notice of Appeal | |
| 1402 | 320 | 2402 | 160 | Filing a brief in support of an appeal | |
| 1403 | 280 | 2403 | 140 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,300 | 2453 | 650 | Petition to revive - unintentional | |
| 1501 | 1,300 | 2501 | 650 | Utility issue fee (or reissue) | |
| 1502 | 470 | 2502 | 235 | Design issue fee | |
| 1503 | 630 | 2503 | 315 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 750 | 2809 | 375 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 750 | 2810 | 375 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 750 | 2801 | 375 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____
*Reduced by Basic Filing Fee Paid

**SUBTOTAL (3)** ($)

## SUBMITTED BY (Complete (if applicable))

| Name (Print/Type) | Mark P. Levy | Registration No. (Attorney/Agent) | 27,922 | Telephone | 937-443-6949 |
|---|---|---|---|---|---|
| Signature | | | | Date | 11-24-03 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Attorney Docket No. 411738-021-P

PROCESS FOR PREPARING ADHESIVE USING PLANETARY EXTRUDER

The present invention relates to a continuous, low-temperature process for the mastication and compounding of non-thermoplastic elastomers with tackifying resins and with or without any combination of the following; thermoplastic elastomers, extenders, plasticizers and oils, activators, anti-degradents, crosslinking agents, colorants, solvents, and foaming agents, and subsequent application to a web-form material via slot-die.

The general purpose of the invention is to provide a method for producing a self adhesive composition by mastication of non-thermoplastic elastomers in a planetary roller extruder (PRE). In one embodiment mastication is achieved to produce a low viscosity adhesive that can be applied using a slot die through the use of 'back-cut" planetary spindles, in combination with full-flight planetary spindles.

Back-cut planetary spindles are spindles having openings in the flights that permit material to pass between the wall of the barrel and the screw and slow the rate with which material passes through the PRE. One example of a back-cut spindle is a so called porcupine spindle. Another example is shown in Fig 1 hereto. PRE's having back-cut spindles are commercially available from Rust-Mitschke-Entex. By adjusting the number of full flight and open or back-cut spindles, the rate with which material passes through the PRE and hence the amount of mastication that is done on the material is controlled. A PRE with all full flight spindles does less masticating than a PRE with spindles in which a portion of the flights is open or back-cut. Conventional PRE's contain at least 3 and can contain up to 20 spindles, depending on the diameter of the cylinder and process design.

Attorney Docket No. 411738-021-P

In one embodiment of the invention, a PRE having a 70mm diameter cylinder having 6 spindles is used. Another factor that affects the amount of mastication is the internal diameter of the stop ring. By narrowing the gap between the stop ring or dosing ring and the spindle, more mastication can be performed. In one embodiment of the invention solid components, e.g. thermoplastic elastomers, tackifying resins, extenders, activators, crosslinkers, and colorants, in addition to liquid components, are fed into the compounding sections of the PRE. Additionally, and perhaps most importantly, one embodiment of the invention involves the feeding of solvent into the compounding sections of the PRE via dosing rings. Another embodiment of the invention involves coating the self-adhesive composition on a web-form material, where the coating of the web-form material is carried out using a slot-die applicator unit. One slot die unit that is used in one embodiment includes a spindle that trails the die lip. One example of such a die is commercially available from SIMPLAS

Simply stated, the disadvantage of the methods taught in the Beiersdorf patents are: 1) Beiersdorf does not teach the effective, efficient, and controlled mastication of non-thermoplastic elastomers, e.g. natural rubber, particularly through the use of "back-cut" planetary spindles, in combination with full-flight planetary spindles, 2) the Beiersdorf process is restricted to the addition of liquid components to the compounding section – it does not teach the feeding of solid components, e.g. thermoplastic elastomers, resins, extenders, activators, anti-degradents, crosslinkers, colorants and foaming agents into the compounding section of the PRE, 3) the Beiersdorf process does not teach the compounding of adhesives with solvents, and 4) the Beiersdorf process does not teach

Attorney Docket No. 411738-021-P

adhesive coating methods other than a multi-roll applicator unit. These disadvantages combine to limit the flexibility in designing the performance properties of the finished adhesive, and the production of pressure-sensitive tape with that adhesive.

**Modified PRE** - The improved process is accomplished via a modified PRE. Specifically, the modified PRE includes a feeding section and subsequent compounding sections. The feeding section includes a single-screw barrel section with a throat into which solid or liquid raw materials, e.g. elastomers, resins, extenders, activators, antidegradents, and crosslinking agents, etc, can be introduced. The single screw then conveys these raw materials into the first compounding section. In one embodiment a PRE having four compounding sections, i.e., four planetary roller barrel sections separated by stop or dosing rings. Each planetary compounding section consists of a 45° helical toothed cylinder, a 45° helical toothed main spindle and three or more (for example up to X) 45° helical toothed planetary spindles. The maximum number of planetary spindles is a function of the diameter of the cylinder. The planetary spindles can exhibit many different tooth geometries, e.g. full helical flights (Planetspindel), back-cut helical flights (Noppenspindel), or zoned helical flights (Igelspindel), etc. The number of planetary spindles chosen and their geometries (e.g., open vs. full flight) can be manipulated in such a way as to influence the dynamic discharging effect of each compounding cylinder and the discharging differential between cylinders. Liquid materials, e.g. liquid elastomers, molten resins, oils, solvents, etc., can be introduced into the compounding sections via injection nozzles through the dosing ring assemblies. Additionally, the gap between the dosing ring and the main spindle can be changed to

Attorney Docket No. 411738-021-P

vary the dynamic discharging effect of each compounding cylinder and the discharging differential between the compounding sections. Moreover, each compounding section can be modified with twin-screw dosing units. The twin screw dosing units are typically positioned perpendicular to the axis of the compounding sections and are typically located near the beginning of the compounding sections directly adjacent to the dosing rings. The twin-screw dosing units can be employed to introduce solid components, e.g. thermoplastic elastomers, resins, extenders, activators, anti-degradents, crosslinkers, etc., to the compounding sections.

**Raw Materials:** Typical non-thermoplastic elastomers employed in this process include natural rubber, synthetic polyisoprene, styrene butadiene rubber, butyl rubber and polyisobutylene rubber, and any combination thereof. Typical thermoplastic elastomers employed in this process are block copolymers, e.g. SIS, SBS, SEBS, and SEPS, and any combination thereof. Typical resins include hydrocarbon resins, partially or fully hydrogenated wood, gum, or tall oil rosins, esterified wood, gum or tall oil rosins, alpha and beta pinene resins, and polyterpene resins. The resins can be introduced in both solid and molten form. Typical extenders include clays, calcium carbonate, talc, and aluminum hydrates. Typical activators include zinc oxide and magnesium oxide. Typical antidegradents include antioxidants (AO), ultraviolet absorbers (UVA), and ultraviolet stabilizers (UVS). Typical crosslinking agents include isocyanates, elemental sulfur, sulfur donors, primary and secondary accelerators and phenolformaldehyde resins. Typical colorants are titanium dioxide and other various metal pigments. Typical liquid elastomers are low molecular weight natural rubber and low molecular weight synthetic

- 4 -

Attorney Docket No. 411738-021-P

polyiosoprene and polybutene rubbers. Typical oils can be paraffinic, isoparaffinic, napthenic, aromatic, or polyaromatic. Typical solvents are non-polar aromatics and aliphatics such as toluene, hexane, heptane, and blends thereof. Examples of foaming agents include Cellogen foaming agents and gases

Simply stated, the advantages of the new invention/method include; 1) purposeful, effective, and efficient mastication of non-thermoplastic elastomers, 2) the introduction of various solid raw materials into the compounding sections, 3) the introduction of solvent into the compounding sections, and 4) the use of slot-die coating technology.

The purposeful mastication of non-thermoplastic elastomers is accomplished as the elastomers are forced with the single-screw from the feeding section between the dosing ring and the main spindles into the compounding sections, where it is intensively mixed and subsequently masticated. The degree of mastication is further enhanced through the use of back-cut, or Noppenspindel, planetary spindles. Mastication of the non-thermoplastic elastomer translates into more efficient compounding of the elastomer with other solid and liquid materials, yields the potential for a greater ratio of tack to adhesion in the finished adhesive and yields a finished adhesive with lower viscosity that is not limited to being coated via a multiple roll applicator unit (calender). This provides an opportunity to employ more-prevalent, or existing coating equipment, as opposed to purchasing a multiple-roll coating unit.

The introduction of various solid raw materials into the compounding sections has several advantages. First, all solid materials do not have to be introduced all at once in the feeding section of the PRE, i.e. they can be dosed in one or more of the compounding

- 5 -

Attorney Docket No. 411738-021-P

sections. This gives the elastomer more time to be masticated prior to the addition of solid raw materials and increases the mixing efficiency of the PRE up to 25%. Second, solid resin, as opposed to molten resin can be introduced into the compounding sections. The solid resin has a viscosity that more closely resembles the elastomer, when compared to molten resin. As a consequence, the addition of solid(as contrasted with liquid) resin further enhances mixing efficiency, whereas molten resin tends to act as a lubricant and retards mixing efficiency. Additionally, the solid resin has a specific heat which affords it the ability to act as a heat sink, i.e. take heat away from the process, thereby minimizing the temperature of the melt during the compounding process. Conversely, molten resin increases the temperature of the melt in the compounding process.

The introduction of solvent into the compounding sections has several advantages. First, small amounts (e.g., typically 10 to 20% by weight but amounts up to 50% could feasibly be used) of solvent, introduced to the adhesive through several dosing rings, enhances mixing efficiency, i.e. maintains homogeneity, while significantly lowering the viscosity of the finished adhesive. The solvent is readily absorbed by the adhesive composition and the incorporation of solvent lowers the resultant homogenous adhesive's viscosity to the point that its application to a web-form material is not restricted to a multi-roll applicator unit (calender). Rather, the lower-viscosity adhesive can now be applied to web-form material via slot-die, roll-over-roll, knife-over-roll, or any number of traditional adhesive application techniques. The subsequent liberation of the solvent from the adhesive that has been applied to the web-form material affords the ability to effect

Attorney Docket No. 411738-021-P

numerous surface geometry profiles, i.e. degrees of foaming, in the adhesive film. Subsequently, the performance properties of the adhesive film can be further manipulated, i.e. in addition to degree of elastomer mastication and formulation.

The use of a slot-die for coating adhesives to web-form material has particular advantages over a multi roll applicator unit (calenderer). Web-form adhesive coating speeds, when employing multi roll applicator units (calendars), are typically limited to 300 meters per minute. However, the use of slot-die coating technology, particularly when employed in conjunction with lower-viscosity, high-solids adhesives, e.g. 80-90%, as opposed to higher-viscosity, 100% solids adhesives, is of particular interest, as application speeds easily approach 900 meters per minute or more.

318914



FIG. 1