UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| BERRY PLASTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter Defendant, | ) | |
| | ) | 3:10-cv-00076-RLY-WGH |
| vs. | ) | |
| | ) | |
| INTERTAPE POLYMER | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counter Plaintiff. | ) | |

## VERDICT FORM

## U.S. PATENT NO. 7,476,416

Please carefully read and follow the instructions in this verdict form.  Once you

have completed the verdict form, your foreperson should sign and date the last page of

this verdict form.

1

**JURY VERDICT FORM:**

**INDEPENDENT CLAIM 1**

1. Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 1 is:

    a.    Invalid as anticipated?                Yes _____    No  X

    b.    Invalid as obvious?                   Yes _____    No X

    c.    Invalid because it fails to name the proper inventors?    Yes _____    No  X

    d.    Invalid because it was derived from others?    Yes _____    No X

    e.    Invalid because Intertape did not have conception prior to conception by another in the United States?    Yes _____    No  X

2. Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics infringes Claim 1 of the '416 patent?    Yes _____    No  X

**GO TO THE NEXT QUESTION**

## JURY VERDICT FORM:

## DEPENDENT CLAIM 6

1.    Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 6 is:

     a.     Invalid as anticipated?          Yes _____   No  X

     b.     Invalid as obvious?          Yes _____   No  X

     c.     Invalid because it fails to name the proper
          inventors?          Yes _____   No  X

     d.     Invalid because it was derived from others?     Yes _____   No  X

     e.     Invalid because Intertape did not have
          conception prior to conception by
          another in the United States?     Yes _____   No  X

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 1.**

2.    Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

infringes Claim 6 of the '416 patent?     Yes _____   No  X

**GO TO THE NEXT QUESTION**

## JURY VERDICT FORM:

## DEPENDENT CLAIM 7

1.   Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 7 is:

    a.   Invalid as anticipated?                                    Yes _____   No ☒

    b.   Invalid as obvious?                                         Yes _____   No ☒

    c.   Invalid because it fails to name the proper
        inventors?                                                  Yes _____   No ☒

    d.   Invalid because it was derived from others?    Yes _____   No ☒

    e.   Invalid because Intertape did not have
        conception prior to conception by
        another in the United States?                        Yes _____   No ☒

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 1; or**
- **answered "no" to Question 2 of Claim 6.**

2.   Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

infringes Claim 7 of the '416 patent?                Yes _____   No ☒

**GO TO THE NEXT QUESTION**

4

## JURY VERDICT FORM:

## DEPENDENT CLAIM 8

1.    Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 8 is:

      a.    Invalid as anticipated?              Yes _____    No _✗_

      b.    Invalid as obvious?                   Yes _____    No _✗_

      c.    Invalid because it fails to name the proper
          inventors?                            Yes _____    No _✗_

      d.    Invalid because it was derived from others?    Yes _____    No _✗_

      e.    Invalid because Intertape did not have
          conception prior to conception by
          another in the United States?           Yes _____    No _✗_

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 1; or**
- **answered "no" to Question 2 of Claim 6.**

2.    Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

infringes Claim 8 of the '416 patent?      Yes _____    No _✗_

**GO TO THE NEXT QUESTION**

5

## JURY VERDICT FORM:

## DEPENDENT CLAIM 10

1.   Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 10 is:

    a.   Invalid as anticipated?                                     Yes _____   No ✗

    b.   Invalid as obvious?                                          Yes _____   No ✗

    c.   Invalid because it fails to name the proper
       inventors?                                                        Yes _____   No ✗

    d.   Invalid because it was derived from others?      Yes _____   No ✗

    e.   Invalid because Intertape did not have
       conception prior to conception by
       another in the United States?                          Yes _____   No ✗

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 1.**

2.   Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

    infringes Claim 10 of the '416 patent?          Yes _____   No ✗

**GO TO THE NEXT QUESTION**

6

## JURY VERDICT FORM:

## DEPENDENT CLAIM 11

1.   Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 11 is:

   a.   Invalid as anticipated?                               Yes \_\_\_\_\_   No ⤬

   b.   Invalid as obvious?                                   Yes \_\_\_\_\_   No ⤬

   c.   Invalid because it fails to name the proper
        inventors?                                            Yes \_\_\_\_\_   No ⤬

   d.   Invalid because it was derived from others?           Yes \_\_\_\_\_   No ⤬

   e.   Invalid because Intertape did not have
        conception prior to conception by
        another in the United States?                         Yes \_\_\_\_\_   No ⤬

**Skip Question 2 below if you:**
   - **answered "no" to Question 2 of Claim 1; or**
   - **answered "no" to Question 2 of Claim 10.**

2.   Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

     infringes Claim 11 of the '416 patent?                   Yes \_\_\_\_\_   No ⤬

**GO TO THE NEXT QUESTION**

7

## JURY VERDICT FORM:

## DEPENDENT CLAIM 12

1.   Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 12 is:

    a.    Invalid as anticipated?                Yes _____   No ✗

    a.    Invalid as anticipated?                Yes _____   No ✗

    b.    Invalid as obvious?                    Yes _____   No ✗

    c.    Invalid because it fails to name the proper
        inventors?                              Yes _____   No ✗

    d.    Invalid because it was derived from others?   Yes _____   No ✗

    e.    Invalid because Intertape did not have
        conception prior to conception by
        another in the United States?          Yes _____   No ✗

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 1.**

2.   Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

infringes Claim 12 of the '416 patent?      Yes _____   No ✗

**GO TO THE NEXT QUESTION**

**JURY VERDICT FORM:**

**INDEPENDENT CLAIM 21**

1.   Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 21 is:

   a.   Invalid as anticipated?                    Yes _____    No ✕

   b.   Invalid as obvious?                         Yes _____    No ✕

   c.   Invalid because it fails to name the proper
        inventors?                                  Yes _____    No ✕

   d.   Invalid because it was derived from others?  Yes _____    No ✕

   e.   Invalid because Intertape did not have
        conception prior to conception by
        another in the United States?              Yes _____    No ✕

2.   Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

   infringes Claim 21 of the '416 patent?          Yes _____    No ✕

**GO TO THE NEXT QUESTION**

9

**JURY VERDICT FORM:**

**DEPENDENT CLAIM 22**

1.  Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that dependent

    Claim 22 is:

    a.    Invalid as anticipated?          Yes \_\_\_\_\_   No ☒

    b.    Invalid as obvious?           Yes \_\_\_\_\_   No ☒

    c.    Invalid because it fails to name the proper
    inventors?           Yes \_\_\_\_\_   No ☒

    d.    Invalid because it was derived from others?   Yes \_\_\_\_\_   No ☒

    e.    Invalid because Intertape did not have
    conception prior to conception by
    another in the United States?          Yes \_\_\_\_\_   No ☒

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21.**

2.  Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

    infringes Claim 22 of the '416 patent?       Yes \_\_\_\_\_   No \_\_\_\_\_

**GO TO THE NEXT QUESTION**

## JURY VERDICT FORM:

## DEPENDENT CLAIM 23

1.  Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 23 is:

    a.    Invalid as anticipated?        Yes \_\_\_\_\_    No   ✗

    b.    Invalid as obvious in light of the Prior Art?        Yes \_\_\_\_\_    No   ✗

    c.    Invalid because it fails to name the proper inventors?        Yes \_\_\_\_\_    No   ✗

    d.    Invalid because it was derived from others?        Yes \_\_\_\_\_    No   ✗

    e.    Invalid because Intertape did not have conception prior to conception by another?        Yes \_\_\_\_\_    No   ✗

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21; or**
- **answered "no" to Question 2 of Claim 22.**

2.  Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics infringes Claim 23 of the '416 patent?    Yes \_\_\_\_\_    No \_\_\_\_\_

**GO TO THE NEXT QUESTION**

11

## JURY VERDICT FORM:

## DEPENDENT CLAIM 24

1.    Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 24 is:

    a.    Invalid as anticipated?                      Yes _____   No _X_

    b.    Invalid as obvious?                           Yes _____   No _X_

    c.    Invalid because it fails to name the proper
        inventors?                              Yes _____   No _X_

    d.    Invalid because it was derived from others?    Yes _____   No _X_

    e.    Invalid because Intertape did not have
        conception prior to conception by
        prior to another in the United States?    Yes _____   No _X_

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21.**

2.    Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

infringes Claim 24 of the '416 patent?       Yes _____   No _____

**GO TO THE NEXT QUESTION**

## JURY VERDICT FORM:

## DEPENDENT CLAIM 25

1.    Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 25 is:

    a.    Invalid as anticipated?                           Yes _____    No __X__

    b.    Invalid as obvious?                                  Yes _____    No __X__

    c.    Invalid because it fails to name the proper inventors?               Yes _____    No __X__

    d.    Invalid because it was derived from others?    Yes _____    No __X__

    e.    Invalid because Intertape did not have conception prior to conception by another in the United States?    Yes _____    No __X__

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21; or**
- **answered "no" to Question 2 of Claim 24.**

2.    Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics infringes Claim 25 of the '416 patent?    Yes _____    No _____

**GO TO THE NEXT QUESTION**

13

## JURY VERDICT FORM:

## DEPENDENT CLAIM 27

1.   Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 27 is:

    a.     Invalid as anticipated?                        Yes _____    No ✗

    b.     Invalid as obvious?                             Yes _____    No ✗

    c.     Invalid because it fails to name the proper inventors?    Yes _____    No ✗

    d.     Invalid because it was derived from others?    Yes _____    No ✗

    e.     Invalid because Intertape did not have conception prior to conception by another in the United States?    Yes _____    No ✗

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21.**

2.   Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics infringes Claim 27 of the '416 patent?    Yes _____    No _____

**GO TO THE NEXT QUESTION**

14

**JURY VERDICT FORM:**

**DEPENDENT CLAIM 31**

1.    Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 31 is:

    a.     Invalid as anticipated?               Yes _____    No _✗_

    b.     Invalid as obvious?                   Yes _____    No _✗_

    c.     Invalid because it fails to name the proper
          inventors?                         Yes _____    No _✗_

    d.     Invalid because it was derived from others?    Yes _____    No _✗_

    e.     Invalid because Intertape did not have
          conception prior to conception by
          another in the United States?         Yes _____    No _✗_

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21.**

2.    Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

infringes Claim 31 of the '416 patent?       Yes _____    No _____

**GO TO THE NEXT QUESTION**

## JURY VERDICT FORM:

## DEPENDENT CLAIM 32

1.  Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 32 is:

   a.   Invalid as anticipated?                              Yes _____   No ⨉

   b.   Invalid as obvious?                                  Yes _____   No ⨉

   c.   Invalid because it fails to name the proper
        inventors?                                           Yes _____   No ⨉

   d.   Invalid because it was derived from others?          Yes _____   No ⨉

   e.   Invalid because Intertape did not have
        conception prior to conception by
        another in the United States?                        Yes _____   No ⨉

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21; or**
- **answered "no" to Question 2 of Claim 31.**

2.  Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

    infringes Claim 32 of the '416 patent?                   Yes _____   No _____

**GO TO THE NEXT QUESTION**

16

## JURY VERDICT FORM:

## DEPENDENT CLAIM 33

1.  Did Berry Plastics prove, by <u>clear and convincing evidence,</u> that Claim 33 is:

    a.      Invalid as anticipated?                    Yes _____    No ☒

    b.      Invalid as obvious?                        Yes _____    No ☒

    c.      Invalid because it fails to name the proper inventors?        Yes _____    No ☒

    d.      Invalid because it was derived from others?    Yes _____    No ☒

    e.      Invalid because Intertape did not have conception prior to conception by another in the United States?    Yes _____    No ☒

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21; or**
- **answered "no" to Question 2 of Claim 31; or**
- **answered "no" to Question 2 of Claim 32.**

2.  Did Intertape prove, by a <u>preponderance of the evidence,</u> that Berry Plastics infringes Claim 33 of the '416 patent?     Yes _____     No _____

**GO TO THE NEXT QUESTION**

17

## JURY VERDICT FORM:
## DEPENDENT CLAIM 34

1.    Did Berry Plastics prove, by <u>clear and convincing evidence</u>, that Claim 34 is:

    a.   Invalid as anticipated?                   Yes _____   No _✗_

    b.   Invalid as obvious?                        Yes _____   No _✗_

    c.   Invalid because it fails to name the proper
        inventors?                            Yes _____   No _✗_

    d.   Invalid because it was derived from others?    Yes _____   No _✗_

    e.   Invalid because Intertape did not have
        conception prior to conception by
        another in the United States?           Yes _____   No _✗_

**Skip Question 2 below if you:**

- **answered "no" to Question 2 of Claim 21; or**
- **answered "no" to Question 2 of Claim 31; or**
- **answered "no" to Question 2 of Claim 32.**

2.    Did Intertape prove, by a <u>preponderance of the evidence</u>, that Berry Plastics

    infringes Claim 34 of the '416 patent?      Yes _____   No _____

**GO TO THE NEXT QUESTION**

18

## DAMAGES

If you found: (1) that Berry <u>did not prove</u> the '416 patent was invalid by clear and convincing evidence <u>and</u> (2) that Intertape <u>proved</u> that Berry Plastics infringed one or more claims of the '416 patent, then what amount of damages do you find Intertape proved by a preponderance of the evidence?

_____

Signature (Foreperson)

_____

Printed Name

11/17/2014
_____

Date

**END OF '416 VERDICT FORM.**